AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

FILED
JAN 2 0 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America
v.

MIGUEL AGUIRRE-ARELLO SR.

*Defendant(s)*

Case No. 2:26-mj-00016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 11/16/25 to 01/16/26 in the county of Kanawha in the Southern District of West Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iii) & 18 U.S.C. § 2 | aiding and abetting alien harboring |
| 8 U.S.C. § 1324a(a)(1)(A) & 18 U.S.C. § 2 | aiding and abetting the unlawful employment of aliens |
| 18 U.S.C. §§ 1546(a) and 2 | aiding and abetting fraud and misuse of visas, permits, and other documents |

This criminal complaint is based on these facts:

Defendant MIGUEL AGUIRRE-ARELLO SR. operates Rio Grande Mexican Restaurant ("RESTAURANT") located at 503 1st Avenue, Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia. Defendant MIGUEL AGUIRRE-ARELLO SR. owns a residence ("RESIDENCE") located at 111 Hillside Drive, Nitro, Kanawha County, West Virginia. On January 16, 2026, I participated in the execution of federal search warrants at the RESTAURANT and the RESIDENCE. As a result of these warrant executions, officers with U.S. Immigration and Customs Enforcement ("ICE") administratively arrested nine individuals who were unlawfully present in the United States and were employed at the RESTAURANT. Following mirandized interviews of the arrested individuals, ICE officers learned that (1) defendant MIGUEL AGUIRRE-ARELLO SR. knew that the arrested employees were ineligible to work in the United States because of their immigration status; (2) defendant MIGUEL AGUIRRE-ARELLO SR.'s son, who also operates the RESTAURANT, supplied for a fee a counterfeit identity document to at least one undocumented employee for the purpose of falsifying an I-9 form; and (3) defendant MIGUEL AGUIRRE-ARELLO SR. housed the undocumented employees at the RESIDENCE and charged the employees rent.

☐ Continued on the attached sheet.

*Complainant's signature*

Terrance Taylor, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/20/2026

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge

*Printed name and title*