**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

UNITED STATES OF AMERICA,

v. CRIMINAL ACTION NO. 2:26-cr-00010

MIGUEL ANGEL AGUIRRE
MIGUEL AGUIRRE-ARELLO, SR.

# VERDICT FORM

We, the Jury, return our unanimous verdict as follows:

1. As to the charge contained in **Count Two** of the Superseding Indictment, which alleges that the Defendants aided and abetted each other in knowingly making a material false statement in a Form I-9 related to Rosmery Morales-Mejia, in violation of 18 U.S.C. §§ 1546(a) and 2, we find:

| | | |
|---|---|---|
| **Miguel Angel Aguirre:** | _____**GUILTY** | __✓__**NOT GUILTY** |
| **Miguel Aguirre-Arello, Sr.:** | _____**GUILTY** | __✓__**NOT GUILTY** |

2. As to the charge contained in **Count Three** of the Superseding Indictment, which alleges that the Defendants aided and abetted each other in knowingly making a material false statement in a Form I-9 related to Rosa Shilon-Hernandez, in violation of 18 U.S.C. §§ 1546(a) and 2, we find:

| | | |
|---|---|---|
| **Miguel Angel Aguirre:** | _____**GUILTY** | __✓__**NOT GUILTY** |
| **Miguel Aguirre-Arello, Sr.:** | _____**GUILTY** | __✓__**NOT GUILTY** |

3. As to the charge contained in **Count Four** of the Superseding Indictment, which alleges that the Defendants aided and abetted each other in knowingly making a material false statement in a Form I-9 related to Pablo Dominguez, in violation of 18 U.S.C. §§ 1546(a) and 2, we find:

**Miguel Angel Aguirre:** _____**GUILTY** __✓__**NOT GUILTY**

**Miguel Aguirre-Arello, Sr.:** _____**GUILTY** __✓__**NOT GUILTY**

4. As to the charge contained in **Count Six** of the Superseding Indictment, which alleges that the Defendants aided and abetted each other in harboring, concealing, or shielding from detection Rosmery Morales-Mejia from detection, in violation of 18 U.S.C. § 2 and 8 U.S.C. § 1324(a)(1)(A)(iii), we find:

**Miguel Angel Aguirre:** _____**GUILTY** __✓__**NOT GUILTY**

**Miguel Aguirre-Arello, Sr.:** _____**GUILTY** __✓__**NOT GUILTY**

a. Did the Defendants commit the offense for purpose of commercial advantage or private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(B)(i)?

**Miguel Angel Aguirre:** _____**YES** _____**NO**

**Miguel Aguirre-Arello, Sr.:** _____**YES** _____**NO**

5. As to the charge contained in **Count Seven** of the Superseding Indictment, which alleges that the Defendants aided and abetted each other in harboring, concealing, or shielding from detection Rosa Shilon-Hernandez, in violation of 18 U.S.C. § 2 and 8 U.S.C. § 1324(a)(1)(A)(iii), we find:

**Miguel Angel Aguirre:** ____**GUILTY** ✓ **NOT GUILTY**

**Miguel Aguirre-Arello, Sr.:** ____**GUILTY** ✓ **NOT GUILTY**

a. Did the Defendants commit the offense for purpose of commercial advantage or private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(B)(i)?

**Miguel Angel Aguirre:** ____**YES** ____**NO**

**Miguel Aguirre-Arello, Sr.:** ____**YES** ____**NO**

6. As to the charge contained in **Count Eight** of the Superseding Indictment, which alleges that the Defendants aided and abetted each other in harboring, concealing, or shielding from detection Pablo Dominguez, in violation of 18 U.S.C. § 2 and 8 U.S.C. § 1324(a)(1)(A)(iii), we find:

**Miguel Angel Aguirre:** ____**GUILTY** ✓ **NOT GUILTY**

**Miguel Aguirre-Arello, Sr.:** ____**GUILTY** ✓ **NOT GUILTY**

a. Did the Defendants commit the offense for purpose of commercial advantage or private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(B)(i)?

**Miguel Angel Aguirre:** ____**YES** ____**NO**

**Miguel Aguirre-Arello, Sr.:** ____**YES** ____**NO**

[redacted]

11/19/2026 **Date**