# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 11/19/2026 | Case Number: | 2:26-cr-00010 |
| Case Style: | USA vs. Miguel Angel Aguirre | | |
| Type of hearing: | Criminal Jury Trial - Day Three | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

Joshua Hanks, Jonathan Storage

Attorney(s) for the Defendant(s):

Ryan Donovan, Maureen Gleason, Andrew Tessman, Paul E. Stroebel, Paul M. Stroebel

Law Clerk: Caroline Toler

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 8:37 AM | 8:49 AM | Court actively conducting trial proceedings/Contested proceedings |
| 9:00 AM | 10:54 AM | Court actively conducting trial proceedings/Contested proceedings |
| 11:38 AM | 11:43 AM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 2 hours and 11 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled start time 8:30 a.m.
Actual start time 8:37 a.m.

JURY TRIAL Day THREE
Counsel for parties present
Defts present
Interpreters Johnnie Benningfield and Susana Vega present.
Matters before the court.
Recess: 8:49 AM

Resume: 9:00 AM
Jury enters.
Govt closing argument.
Deft. 1 closing argument.
Deft. 2 closing argument.
Jury instructions.
Alternate Juror dismissed.
Recess: 10:54 AM

Resume: 11:38 AM
Jury verdict.
Not Guilty on all counts for all defendants.
End: 11:43 AM